UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**JUAN JOSEPH GASPARD**                                                                                  **CIVIL ACTION**

**VERSUS**                                                                                                               **NO. 03-1746**

**ST. BERNARD PARISH, ET AL.**                                                                        **SECTION "K" (5)**

### ORDER

It has come to the attention of the Court through conversations with Plaintiff Juan Joseph Gaspard as well as Plaintiff's attorney Bruce Betzer held on December 20, 2006, that Mr. Gaspard wishes to withdraw his Motion to Withdraw Settlement Agreement, Motion for New Trial (Rec.Doc.No. 66). Consequently, Allstate Insurance Company's Motion to Enforce Settlement (Rec.Doc.No. 67) is moot. Accordingly,

**IT IS ORDERED** that Plaintiff's Motion is **DENIED** as Mr. Gaspard no longer wishes to seek a new trial or withdrawal of the settlement agreement.

**IT IS FURTHER ORDERED** that Defendant Allstate's Motion is **DENIED** as moot.

New Orleans, Louisiana, on this  20th  day of December, 2006.

**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT COURT JUDGE**